UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

VICTORIA JOHNSON

Debtor(s)

Case No. 12-48717

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/12/2012, and was converted to chapter 13 on 12/12/2012.

2) The plan was confirmed on 03/18/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/03/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/23/2018.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,280.00.

10) Amount of unsecured claims discharged without payment: $124,373.40.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $27,100.00 | |
| Less amount refunded to debtor | $469.57 | |
| **NET RECEIPTS:** | | **$26,630.43** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,157.85 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,657.85** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASPIRE | Unsecured | 1,023.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 682.00 | 684.56 | 684.56 | 205.37 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 791.00 | 794.11 | 794.11 | 238.23 | 0.00 |
| CAPITAL CARD SERVICES | Unsecured | 796.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| CCS/CORTRUST BANK | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 2,504.29 | 2,504.29 | 751.29 | 0.00 |
| CITY OF CHICAGO PARKING BUREAU | Unsecured | 2,440.00 | NA | NA | 0.00 | 0.00 |
| CITY OF HOMETOWN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 2,000.00 | 1,951.22 | 1,951.22 | 585.37 | 0.00 |
| CR EVERGREEN III LLC | Unsecured | NA | 970.52 | 970.52 | 291.16 | 0.00 |
| DEVRY | Unsecured | 1,398.00 | 1,554.80 | 56.50 | 16.95 | 0.00 |
| DEVRY INC/ADTALEM GLOBAL EDU | Unsecured | 380.00 | 380.16 | 0.00 | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 948.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 641.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 925.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 713.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 1,997.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 10,300.00 | 10,695.12 | 388.73 | 116.62 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 371.87 | 371.87 | 111.56 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,379.00 | 450.86 | 450.86 | 135.26 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 303.00 | 303.80 | 303.80 | 91.14 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 873.00 | 873.70 | 873.70 | 262.11 | 0.00 |
| LEGACY VISA | Unsecured | NA | 811.44 | 811.44 | 243.43 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 952.00 | 874.69 | 874.69 | 262.41 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDNIGHT VELVET | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,088.00 | 634.57 | 1,379.49 | 413.85 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 443.00 | 443.00 | 132.90 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,000.00 | 1,088.51 | 1,088.51 | 326.55 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 487.00 | 487.32 | 487.32 | 146.20 | 0.00 |
| SALLIE MAE | Unsecured | 1,046.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,138.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,789.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,789.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 6,439.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,220.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,220.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,480.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 853.00 | 42,278.35 | 42,278.35 | 12,683.51 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 7,234.00 | 27,120.43 | 985.73 | 295.72 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 5,146.00 | 4,122.19 | 149.80 | 44.94 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 9,188.00 | 37,042.59 | 1,346.40 | 403.92 | 0.00 |
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 6,550.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 9,188.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BEDFORD PARK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK | Secured | 61,876.00 | 77,044.57 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK | Secured | NA | 11,411.82 | 4,214.09 | 4,214.09 | 0.00 |
| WELLS FARGO BANK | Unsecured | 27,124.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,214.09 | $4,214.09 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,214.09** | **$4,214.09** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$59,194.89** | **$17,758.49** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,657.85 |
| Disbursements to Creditors | $21,972.58 |
| **TOTAL DISBURSEMENTS** : | **$26,630.43** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/13/2018                           By: /s/ Tom Vaughn
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**